UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

            -against-

JEAN VALDEZ,

                Defendant.

**ORDER**

16 Cr. 266 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The Government is directed to reply to Defendant's motion (Dkt. No. 129) by March 30, 2021.  The Government is further directed to provide Defendant's COVID-19 vaccination status in its submission.

Dated:  New York, New York
        March 16, 2021

SO ORDERED.

_Pauls. sardephe_

Paul G. Gardephe
United States District Judge