UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

JEAN VALDEZ,

Defendant.

**ORDER**

16 Cr. 266 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The Government is directed to respond to Defendant's motion (Dkt. No. 133) by March 14, 2022.

Dated: February 28, 2022
New York, New York

SO ORDERED.

_Paul S. Gardephe_
Paul G. Gardephe
United States District Judge